[No. 2303-1.    Division One.    April 15, 1974.]

ERNEST YOUNG *et al., Appellants,* v. GEORGE R. YOUNG *et al., Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 207606, William F. LeVeque, J., entered August 4, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and James, JJ.

[No. 2231-1.    Division One.    April 15, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. RODDIE CROOKS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 61808, Frank Howard, J., entered March 9, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Callow, JJ.

[No. 1957-1.    Division One.    April 15, 1974.]

FRANK MORRIS *et al., Respondents,* v. J. W. PATTERSON *et al., Defendants,* RICHARD F. TROTOCHAU *et al., Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 110648, Edward M. Nollmeyer, J., entered September 14, 1972. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Farris and Callow, JJ.

[No. 1264-2.    Division Two.    April 15, 1974.]

*In the Matter of the Welfare of* BISHOP CHILDREN, *Minors.* KENNETH S. BISHOP *et al., Petitioners,* v. GREG STAEHELI, *Respondent.*

Certiorari to review a judgment of the Superior Court for Grays Harbor County, No. 5201, John W. Schumacher, J., entered November 13, 1973. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.